UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

ADAM BEAUFORD FOLTZ and SARAH ANNE FOLTZ,

      Debtors.
_____/

Case No. DT 11-04968
Hon. Scott W. Dales
Chapter 7

STONEBROOK CONSTRUCTION, LLC,

      Plaintiff,

v.

ADAM BEAUFORD FOLTZ,

      Defendant.
_____/

Adversary Pro. No. 11-80380

## ORDER REGARDING STIPULATION TO DISMISS ADVERSARY PROCEEDING

PRESENT:   HONORABLE SCOTT W. DALES
                     United States Bankruptcy Judge

      This matter is before the court on the stipulation of the parties to dismiss the adversary proceeding. Because the complaint includes allegations under 11 U.S.C. § 727, the court will not dismiss the complaint simply on the stipulation of the parties. *See* Fed. R. Bankr. P. 7041. The court will, however, consider dismissing the complaint provided other parties in interest, including the United States Trustee, have notice of the proposed dismissal, in case these entities relied on the pendency of this adversary proceeding in refraining from bringing their own request for similar relief.

      NOW, THEREFORE, IT IS HEREBY ORDERED that the complaint shall be dismissed twenty-one (21) days after entry of this Order, unless a party in interest sooner files a motion to intervene.

      IT IS FURTHER ORDERED that the Plaintiff shall serve a copy of this Order upon all entities listed on the matrix in the Debtors' case.

IT IS SO ORDERED.

Scott W. Dales
United States Bankruptcy Judge

Dated: October 27, 2011